930

No. 1109, October Term, 1968. WEED v. BILBREY ET AL., 394 U. S. 1018, 395 U. S. 971; and

No. 224, Misc., October Term, 1968. STURM v. CALIFORNIA ADULT AUTHORITY ET AL., 395 U. S. 947, 396 U. S. 870. Motions for leave to file second petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these motions.

No. 812, Misc. STUART v. CORAL GABLES FEDERAL SAVINGS & LOAN ASSN., 396 U. S. 923. Motion for leave to file petition for rehearing denied.

No. 896, Misc. MALONEY v. E. I. DU PONT DE NEMOURS & Co., INC., 396 U. S. 1030. Petition for rehearing denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 613. VAN HOUTEN v. RALLS ET AL., 396 U. S. 962. Motion to dispense with printing motion for leave to file petition for rehearing granted. Motion for leave to file petition for rehearing denied.

No. 1476, Misc., October Term, 1967. ZARAGOZA v. UNITED STATES, 391 U. S. 969. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

FEBRUARY 25, 1970

No. 956. WARNER ET AL. v. GREGORY ET AL. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Dennis G. Lyons* and *Craig M. Armstrong* for petitioners. *John R. Fielding* for respondents Gregory et al. 